# Court of Appeals
# of the State of Georgia

ATLANTA,　November 12, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0435. BASIL CONSTANTARAS v. WELLS FARGO BANK, N. A., et al.**

Basil Constantaras filed suit against numerous defendants, including Wells Fargo Bank, N. A. In a series of orders, the trial court granted the defendants' motions to dismiss. Constantaras filed multiple notices of appeal, including this appeal from the trial court's order granting motions to dismiss filed by Wells Fargo Bank, N. A., Wells Fargo Insurance Company, and US Bank, N. A. However, an appeal is currently pending before this Court involving the same order. See Case Number A15A1465. Accordingly, this appeal is duplicative and thus DISMISSED as superfluous.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,　11/12/2015
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.